474 A.2d 666

Baxter, etc., Appellant, v. Nationwide Ins. Co.

Submitted February 14, 1984.
Francis A. Ferrara, for appellant; Edward J. Carney, Jr. for appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Order affirmed.

474 A.2d 666

Bucci, et al., Appellants (at No. 174), v. Paulick, Appellant (at No. 64).

Argued February 8, 1984. Robert L. Campbell for appellant; Dennis A. Watson for appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Order and judgment affirmed.